Troy D. Monge, Esq.
Law Offices of Martin Taller, APC
2300 E. Katella Ave, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
FACSIMILE (714) 385-8123
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Kimberley J. Nelson

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY J. NELSON, | ) No. 8:18-cv-1559-MAA |
| Plaintiff, | ) **[PROPOSED] ORDER AWARDING** |
| | ) **EQUAL ACCESS TO JUSTICE** |
| v. | ) **ACT ATTORNEY FEES AND** |
| | ) **COSTS** |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

IT IS ORDERED that the Commissioner shall pay attorney fees and expenses in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS and NO CENTS ($4,700.00), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

Dated: November 12, 2019

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

1